# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TONY D. WALKER, *by his mother Desiree Brown*,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. 17-CV-1654-JPS

**ORDER**

On April 13, 2018, Defendant filed a motion to remand this action to the Social Security Administration. (Docket #15). Defendant "has concluded that her final decision should be reversed and the case remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g)." *Id.* Plaintiff did not respond to Defendant's motion. Instead, he filed an unsigned copy of his brief, (Docket #17), a renewed motion for appointed counsel, (Docket #18), and some exhibits, (Docket #19). None of these filings mention Defendant's motion. In light of Defendant's concession that reversal and remand is appropriate, and Plaintiff's non-opposition thereto, the Court will grant Defendant's motion.

Accordingly,

**IT IS ORDERED** that Defendant's motion to remand (Docket #15) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that this matter be and the same is hereby **REMANDED** to the Commissioner of Social Security pursuant to

Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g); and

**IT IS FURTHER ORDERED** that, on remand, the administrative law judge shall issue a new decision consistent with all applicable rules and regulations as interpreted in relevant Seventh Circuit case law.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge